IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SAMUEL GOODS, JR., DAISY ELLIS,
JOHNNY GRAY AND GLORIA GRAY,
INDIVIDUALLY AND IN THEIR REPRESENTATIVE
CAPACITY ON BEHALF OF A
CLASS OF ALL PERSONS SIMILARLY SITUATED				PLAINTIFFS

VS.						CAUSE NO.5:05CV169DCB-JCS

HORACE MANN LIFE INSURANCE
COMPANY AND HORACE MANN
EDUCATORS CORPORATION						DEFENDANTS

## AGREED ORDER

Upon Motion of the Defendant, Horace Mann Life Insurance Company, for an extension of time to file a Reply in support of the Defendant's Motion to Dismiss filed in this matter, this Court finds that the Plaintiffs have no objection and the Motion is therefore well taken.

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendant's Motion for Extension is hereby Granted so that a Reply in support of Defendant's Motion to Dismiss shall be filed on or before November 30, 2005.

SO ORDERED, this the 21st day of November, 2005

                                                                             s/ David Bramlette
                                                                            DISTRICT COURT JUDGE

AGREED TO AND APPROVED:

 /s/ David Busby
DAVID A. BUSBY
ATTORNEY FOR PLAINTIFFS

 /s/Staci O'Neal
ARTHUR F. JERNIGAN
STACI B. O'NEAL
ATTORNEY FOR DEFENDANT