IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SAMUEL GOODS, JR., DAISY ELLIS,
JOHNNY GRAY AND GLORIA GRAY,
INDIVIDUALLY AND IN THEIR
REPRESENTATIVE CAPACITY ON BEHALF
OF A CLASS OF ALL PERSONS
SIMILARLY SITUATED                                              PLAINTIFFS

VERSUS                            CIVIL ACTION NO. 5:05cv169-DCB-JMR

HORACE MANN LIFE INSURANCE
COMPANY AND HORACE MANN
EDUCATORS CORPORATION                                           DEFENDANTS

## FINAL JUDGMENT

This matter comes before the Court on Horace Mann Life Insurance Company's Motion to Dismiss for Failure to State a Claim [**docket entry no. 4**] and Horace Mann Educators Corporation's Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim [**docket entry no. 16**].  The Court granted both Motions to Dismiss in a separate Memorandum Opinion and Order.  Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this civil action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 25th day of August, 2006.


                                        S/DAVID BRAMLETTE
                                        UNITED STATES DISTRICT JUDGE